**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

                   Plaintiff,

v.                                                                          Case No.

GLORIA ENGEL,

                   Defendant.

## **COMPLAINT**

The United States of America, on behalf of its agency, the Department of Treasury acting on behalf of the U.S. Department of Labor, Office of Workers Compensation Programs (OWCP), by Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Brian E. Vanorsby, Assistant United States Attorney, for its cause of action alleges:

1.     This is a civil action commenced by the United States of America. Under 28 U.S.C. § 1345, this Court has original jurisdiction over the claims in this civil action.

2.     The Defendant, Gloria Engel, resides within the District of Kansas and may be served the Summons and a copy of the Complaint at 400 W. 6th Street, Apt. 302, Newton, Kansas, 67114.

3.     Under 28 U.S.C. § 1391(b), venue is proper based on the Defendant's residence in the District of Kansas.

4.     Defendant owes a debt to the United States Department of Labor pursuant to Federal Employees' Compensation Act benefits that she erroneously received from November 1, 2017, through July 18, 2020.

5. On August 17, 2020, the OWCP issued a Preliminary Overpayment Determination regarding the overpayment of FECA benefits to Defendant, finding a total overpayment in the amount of $38,735.96. Defendant was provided 30 days to respond to the determination.

6. Defendant responded to the Preliminary Overpayment Determination seeking to have the debt waived.

7. On March 25, 2021, OWCP issued a Final Overpayment Decision determining that the circumstances of the overpayment do not warrant waiver. The Final Overpayment Decision included notification of Defendant's right to appeal to the decision to the Employees' Compensation Appeals Board.

8. Executive agencies of the United States, including the Department of Labor, must seek to collect claims for money owed to the United States arising from the activities of the agency. 31 U.S.C. § 3711(a)(1).

9. A "claim" or "debt" owing to the United States encompasses any amount of money, including overpayments to individuals such as the Defendant, that an appropriate official of the federal government determines to be owed. 31 U.S.C. § 3701(b)(1)(C); *see also* 28 U.S.C. § 3002(3)(B).

10. The Department of Labor, acting though OWCP, has determined that it overpaid Defendant $38,735.96 in FECA benefits from November 1, 2017, through July 18, 2020.

11. The United States has a common-law right to repayment of money erroneously paid to civilian employees of any agency of the United States.  See 28 U.S.C. § 2415(d).

12. The United States has made demands for payment, including on May 21, 2021, August 11, 2021, September 13, 2021, and October 21, 2021. No payment has been made.

2

13.	Pursuant to 31 U.S.C. § 3717(a), the Defendant owes interest on the principal balance of this debt at the rate of 1% annually from the date of April 25, 2021.

14.	The Defendant owes administrative fees, in the amount of $16,375.94, for processing and handling of this claim, pursuant to 31 U.S.C. § 3717(e)(1).

15.	The United States also seeks a penalty charge in the amount of 6% of the principal balance based upon Defendant's failure to pay a debt that is more than 90 days past due. See 31 U.S.C.A. § 3717(e)(2).

16.	As of July 31, 2024, the amount of the debt owed by Defendant, including any applicable interest, penalties, and fees, was $61,760.69. *See* Certificate of Indebtedness attached as Exhibit A.

WHEREFORE, the United States demands judgment against defendant in the amount of $38,735.96 principal, plus interest of $1,151.37; and administrative costs of $16,375.94, plus penalties of $5,497.42; for costs of suit; and such other relief as this court may deem just.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

*/s/ Brian E. Vanorsby*
Brian E. Vanorsby, KS #27606
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202
Telephone: (316) 269-6103
Facsimile: (316) 269-6484
E-mail: brian.vanorsby@usdoj.gov
*Attorneys for the United States*

## REQUEST FOR PLACE OF TRIAL

Plaintiff United States of America hereby requests that trial of the above-entitled matter be held in Wichita, Kansas.

*/s/ Brian E. Vanorsby*
Brian E. Vanorsby
Assistant United States Attorney