

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OFFICE OF WORKERS' COMP PROGRAMS
DIVISION OF FEDERAL EMPLOYEES COMP

Gloria Engel
400 W 6th St
Apt 302
Newton, KS 67114
**SSN: XXX-XX-7649**

**TRFM13936936**

I hereby certify, as part of my duties with the U.S. Department of the Treasury, Bureau of the Fiscal Service, Disbursement and Debt Management (Treasury) including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Labor, Office of Workers Compensation Programs (DOL/OWCP) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the debt owed by Gloria Engel (DEBTOR) to DOL/OWCP.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of DOL/OWCP based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of benefit overpayments, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of benefit overpayments. Treasury's regular business practice is to receive, store and rely on the documents provided by DOL/OWCP, when, debts are referred to Treasury for collection activities, including litigation. Further, I certify that I am familiar with Treasury's record keeping practice including the receipt of files from DOL/OWCP.

On April 25, 2021, DOL/OWCP determined the DEBTOR was delinquent for a benefit overpayment in the amount of $38,735.96. DOL/OWCP sent the DEBTOR letters advising of the delinquency and requesting payment. DOL/OWCP referred the debt to Treasury for collection on May 5, 2021.

On July 17, 2024, Treasury referred the debt to DOJ for litigation and collection in the amount due of $38,735.96 with a daily interest of $1.06 and daily penalty of $6.37. As of July 31, 2024, the DEBTOR is indebted to the United States In the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $38,735.96 |
| Interest(@1.00%): | $ 1,151.37 |
| Penalty(@6.00%): | $ 5,497.42 |
| Admin Fees | $16,375.94 |
| **Total:** | **$61,760.69** |



GOVERNMENT
EXHIBIT

A



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OFFICE OF WORKERS' COMP PROGRAMS
DIVISION OF FEDERAL EMPLOYEES COMP

The balance stated in the debt listed above is current as of July 31, 2024, including any applicable interest, penalties, administrative fees, and Treasury & DOJ fees pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. § 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by DOL/OWCP and information contained in Treasury's records.



✗ Natalie R. Stubbs

Digitally signed by Natalie R. Stubbs
Date: 2024.08.01 19:14:04 -04'00'

Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date: 08/01/2024

2